IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL RAUF ZALITA,<br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-1220 (RMU)<br>)<br>)  **NOTICE OF APPEARANCE**<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Abu Abdul Rauf Zalita in this matter. Service upon counsel may be made to:

> Gitanjali S. Gutierrez
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6427
> Fax: (212) 614-6499

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: February 3, 2006

Respectfully submitted,

Counsel for Petitioner:

  /s/ _____
Gitanjali S. Gutierrez
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6427
Fax: (212) 614-6499