Exhibit A

## Gitanjali Gutierrez

| | |
|---|---|
| **From:** | Andrew.Warden@usdoj.gov |
| **Sent:** | Wednesday, February 15, 2006 9:50 AM |
| **To:** | egypt@voyager.net; Gitanjali Gutierrez |
| **Cc:** | judgetravis@sbcglobal.net; Terry@thewestlawfirm.com; iwallach@nyc.rr.com; Barrett@BlankRome.com; CMoore@cgsh.com; jonathan.hafetz@nyu.edu; mrayner@law.fordham.edu |
| **Subject:** | RE: GTMO Atty Visit Request (Gutierrez) - Revised |

Gita,

We have forwarded your revised visit request to Guantanamo for logistical coordination and approval. However, we cannot consent to your requested meetings with petitioners Zalita, Samour and Al Qadasi (Othman) at this time. The putative "next friend" detainees in these cases -- Omar Deghayes, Binyam Mohammad, and Abd Al Wahab -- have failed to make a sufficient showing to establish next friend standing that would justify the exercise of the Court's jurisdiction over these actions. See Whitmore v. Arkansas, 495 U.S. 149 (1990). Until the standing issue is appropriately resolved, we are not in a position to permit meetings with these petitioners.

Consistent with our prior practice, we have no objection at this time to you meeting with the three next-friend detainees, who may be able to provide you with additional information regarding the petitioners relationship with the next-friends in an effort to satisfy the next friend standing requirements. In order to meet with the next friends, however, you must: 1) enter an appearance in next-friends' pending habeas cases; and 2) file a signed Memorandum of Understanding in the cases. These conditions have been imposed on every occasion in which prospective counsel have met with a next-friend at Guantanamo and they ensure consistency with the Amended Protective Order and Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084

-----Original Message-----
From: ggutierrez@ccr-ny.org [mailto:ggutierrez@ccr-ny.org]
Sent: Monday, February 13, 2006 9:20 PM
To: Warden, Andrew (CIV); egypt@voyager.net
Cc: judgetravis@sbcglobal.net; Terry@thewestlawfirm.com; iwallach@nyc.rr.com; Barrett@BlankRome.com; CMoore@cgsh.com; jonathan.hafetz@nyu.edu; mrayner@law.fordham.edu
Subject: RE: GTMO Atty Visit Request (Gutierrez) - Revised

Dear Andrew -

1

To make some of the logistics easier, I have removed Petitioners Al-Shimrani and Al-Khatemi from the schedule and attached a revised request for a March 8th visit that ends a day earlier. I also scheduled only one client per afternoon to minimize the prisoners' movements. Martha Rayner will be scheduling a separate visit to see Mr. Al-Shimrani and Al-Khatemi.

Thank you,
Gita

Gitanjali S. Gutierrez
Guantánamo Global Justice Initiative
Center for Constitutional Rights
666 Broadway
New York, New York 10012
212.614.6485
212.614.6499 (fax)
ggutierrez@ccr-ny.org

2