Exhibit C

**Gitanjali Gutierrez**

| | |
|---|---|
| **From:** | Andrew.Warden@usdoj.gov |
| **Sent:** | Friday, July 14, 2006 5:43 PM |
| **To:** | Gitanjali Gutierrez |
| **Subject:** | RE: GTMO visit July 22-28: revised request |

Gita,

Following up on my prior e-mail, we've been able to rearrange your schedule in a way that is more consistent with your original request:

July 23--AM:  708 (meeting subject to resolution of litigation issues)
July 23--PM:  708 (meeting subject to resolution of litigation issues)

July 24--AM:  549
July 24--PM:  549

July 25--AM:  709 (meeting subject to resolution of litigation issues)
July 25--PM:  709 (meeting subject to resolution of litigation issues)

July 26--AM:  1015
July 26--PM:  550

July 27--AM: 063
July 27--PM: 063

July 28--AM: 063
July 28--PM: 063

July 29--AM: 063
July 29--PM: 063

*****

I presume you still intend to travel to GTMO next week, but please confirm.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

1