IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-1220 (RMU) (AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |
| ISMAIL ALKHEMISI, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-1983 (RMU) (AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

**O R D E R**

Upon consideration of respondents' Motion for Reconsideration of Magistrate Judge's July 21, 2006 Order, it is hereby

ORDERED that the Magistrate Judge's Order of July 21, 2006 is VACATED and set aside.

SO ORDERED.

Date: _____     _____
                                       UNITED STATES DISTRICT JUDGE