**EXHIBIT 1**

**Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have a good faith basis to believe that petitioners had privileged communications with counsel prior to June 18, 2006**

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Hicks v. Bush*, 05-CV-299 (CKK) | David Hicks | 002 | Yes | Yes |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Omar Rajab Amin | 065 | Yes | Yes |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Nasser Nijer Naser Al Mutairi | 205 | No | |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Khalid Abdullah Mishal Al Mutairi | 213 | Yes | Yes |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Abdulaziz Sayer Owain Al Shammari | 217 | No | |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Abdullah Saleh Ali Al Ajmi | 220 | No | |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Abdullah Kamal Abdullah Kamal Al Kandari | 228 | Yes | Yes |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Mohammed Funaitel Al Dihani | 229 | No | |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Fawzi Khalid Abdullah Fahad Al Odah | 232 | No | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Odah v. United States*, 02-CV-828 (CKK) | Fwad Mahmoud Al Rabiah | 551 | Yes | Yes |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Fayiz Mohammed Ahmed Al Kandari | 552 | Yes | Yes |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Adil Zamil Abdull Mohssin Al Zamil | 568 | No | |
| *Al Odah v. United States*, 02-CV-828 (CKK) | Saad Madai Saad Ha Wash Al-Azmi | 571 | No | |
| *Kurnaz v. Bush*, 04-CV-1135 (ESH) | Murat Kurnaz | 061 | Yes | Yes |
| *O.K. v. Bush*, 04-CV-1136 (JDB) | Omar Khadr | 766 | Yes | Yes |
| *El Banna v. Bush*, 04-CV-1144 (RWR) | Jamil El-Banna | 905 | Yes | Yes |
| *El Banna v. Bush*, 04-CV-1144 (RWR) | Bisher Al-Rawi | 906 | Yes | Yes |
| *El Banna v. Bush*, 04-CV-1144 (RWR) | Martin Mubanga | 10007 | No | |
| *Boumediene v. Bush*, 05-CV-1166 (RJL) | Belkacem Bensayah | 10001 | Yes | Yes |
| *Boumediene v. Bush*, 05-CV-1166 (RJL) | Saber Lahmar | 10002 | Yes | Yes |
| *Boumediene v. Bush*, 05-CV-1166 (RJL) | Mohammed Nechle | 10003 | No | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Boumediene v. Bush*, 05-CV-1166 (RJL) | Mustafa Ait Idir | 10004 | Yes | Yes |
| *Boumediene v. Bush*, 05-CV-1166 (RJL) | Lakhdar Boumediene | 10005 | Yes | Yes |
| *Boumediene v. Bush*, 05-CV-1166 (RJL) | Hadj Boudella | 10006 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Ali Ahmed Mohammed Al Rezehi | 045 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Ali Husayn Al Tays | 162 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Ali Yahya Mahdi | 167 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Saeed Ahmed Mohammed Al Sarim | 235 | No | |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Khaled Ahmed Qassim Muse'd | 242 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Riyad Atag Ali Abdoh Al Haj | 256 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Abdul Khaleq Ahmed Sahleh Al-Baidhani | 553 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Jalal Salim Bin Amer | 564 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Suhail Abdoh Anam | 569 | No | |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Abdualaziz Abdoh Abdullah Ali Al Swidhi | 578 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Emad Abdullah Hassan | 680 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Anam v. Bush*, 04-CV-1194 (HHK) | Fahmi Abdullah Ahmed Al Tawlaqi | 688 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Bashir Nasir Ali Al Marwalah | 837 | Yes | Yes |
| *Anam v. Bush*, 04-CV-1194 (HHK) | Musa'ab Omar Al Mudwani | 839 | Yes | Yes |
| *Al Qosi v. Bush*, 04-CV-1937 (PLF) | Ibrahim Ahmed Mahmoud Al Qosi | 054 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Othman Abdulraheem Mohammad | 027 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Mahmoad Abdah | 031 | No | |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Farouk Ali Ahmed Saif | 032 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Abdulmalik Abdulwahhab Al-Rahabi | 037 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Majid Mahmoud Ahmed | 041 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Sadeq Mohammed Said | 069 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Makhtar Yahia Naji Al-Wrafie | 117 | No | |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Adnan Farhan Abdul Latif | 156 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Adil Saeed El Haj Obaid | 165 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Salman Yahaldi Hsan Mohammed Saud | 508 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Yasein Khasem Mohammad Esmail | 522 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Jamal Mar'i | 577 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Mohamed Mohamed Hassan Odaini | 681 | Yes | Yes |
| *Abdah v. Bush*, 04-CV-1254 (HHK) | Aref Abd II Rheem | Unidentified | | |
| *Hamdan v. Bush*, 04-CV-1519 (JR) | Salim Ahmed Hamdan | 149 | Yes | Yes |
| *Paracha v. Bush*, 04-CV-2022 (PLF) | Saifullah Paracha | 1094 | Yes | Yes |
| *Al Marri v. Bush*, 04-CV-2035 (GK) | Jarallah Al Marri | 334 | Yes | Yes |
| *Zemiri v. Bush*, 04-CV-2046 (CKK) | Ahcene Zemiri | 533 | Yes | Yes |
| *Deghayes v. Bush*, 04-CV-2215 (RMC) | Shaker Abdurraheem Aamer | 239 | Yes | Yes |
| *Deghayes v. Bush*, 04-CV-2215 (RMC) | Jamel Abdullah Kiyemba | 701 | Yes | Yes |
| *Deghayes v. Bush*, 04-CV-2215 (RMC) | Omar Deghayes | 727 | Yes | Yes |
| *Abdullah v. Bush*, 05-CV-0023 (RWR) | Rami Bin Saad Al-Oteibi | 318 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Abdullah v. Bush*, 05-CV-0023 (RWR) | Hani Saleh Rashid Abdullah | 841 | Yes | Yes |
| *Al Mohammad v. Bush*, 05-CV-247 (HHK) | Mahmood Salim Al-Mohammed | 537 | Yes | Yes |
| *El Mashad v. Bush*, 05-CV-270 (JR) | Sherif el-Mashad | 190 | Yes | Yes |
| *El Mashad v. Bush*, 05-CV-270 (JR) | Adel Fattouh Aly Ahmed Algazzar | 369 | Yes | Yes |
| *El Mashad v. Bush*, 05-CV-270 (JR) | Alladeen | 716 | No | |
| *Al Adahi v. Bush*, 05-CV-280 (GK) | Muhammad Al-Adahi | 033 | Yes | Yes |
| *Al Adahi v. Bush*, 05-CV-280 (GK) | Muhammad Ali Abdullah Bawazir | 261 | Yes | Yes |
| *Al Adahi v. Bush*, 05-CV-280 (GK) | Suleiman Awadh Bin Aqil Al-Nahdi | 511 | Yes | Yes |
| *Al Adahi v. Bush*, 05-CV-280 (GK) | Fahmi Salem Al-Assani | 554 | Yes | Yes |
| *Al Adahi v. Bush*, 05-CV-280 (GK) | Zahir Omar Khamis Bin Hamdoon | 576 | Yes | Yes |
| *Al Joudi v. Bush*, 05-CV-301 (GK) | Majid Abdulla Al Joudi | 025 | Yes | Yes |
| *Al Joudi v. Bush*, 05-CV-301 (GK) | Yousif Mohammad Mubarak Al-Shehri | 114 | No | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Joudi v. Bush*, 05-CV-301 (GK) | Abdulla Mohammad Al Ghanmi | 266 | Yes | Yes |
| *Al Joudi v. Bush*, 05-CV-301 (GK) | Abdul-Hakim Abdul-Rahman Al-Moosa | 565 | Yes | Yes |
| *Al Wazan v. Bush*, 05-CV-329 (PLF) | Ahmed Abdullah Al-Wazan | 197 | Yes | Yes |
| *Al Anazi v. Bush*, 05-CV-345 (JDB) | Abdulaziz Sa'ad Oshan | 112 | Yes | Yes |
| *Al Anazi v. Bush*, 05-CV-345 (JDB) | Ibrahim Suleiman Al-Rubaish | 192 | Yes | Yes |
| *Al Anazi v. Bush*, 05-CV-345 (JDB) | Adel Egla Hussan Al-Nussairi | 308 | No | |
| *Al Anazi v. Bush*, 05-CV-345 (JDB) | Naief Fahad Mutlaq Al-Otaibi | 436 | Yes | Yes |
| *Al Anazi v. Bush*, 05-CV-345 (JDB) | Abdulla Thani Faris Al-Anazi | 514 | Yes | Yes |
| *Alhami v. Bush*, 05-CV-359 (GK) | Rafiq Bin Bashir Bin Jallul Alhami | 892 | Yes | Yes |
| *Alhami v. Bush*, 05-CV-359 (GK) | Mohammed Abdul Rahman | 894 | Yes | Yes |
| *Ameziane v. Bush*, 05-CV-392 (ESH) | Jamel Ameziane | 310 | Yes | Yes |
| *Batarfi v. Bush*, 05-CV-409 (EGS) | Aymen Saeed Batarfi | 627 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Adel Al Hakeemy | 168 | No | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Hisham Sliti | 174 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Sliti v. Bush*, 05-CV-429 (RJL) | Yousuf Al Karany | 269 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Abdul Aziz Al Mossary | 287 | No | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Sami Muhyideen | 345 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Ibrahim Towkah | 684 | No | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Ahmad Abu Abduttawaab | 704 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Muhammed Sidii | 706 | No | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Abdul Al Hadi | 717 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Mustafa Ibrahim | 719 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Amir Yakub | 720 | Yes | Yes |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Abdullah | 721 | No | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Ibrahim Fauzee | 730 | No | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Mahmoud Al Soury | Unidentified | | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Adel Turkestani | Unidentified | | |
| *Sliti v. Bush*, 05-CV-429 (RJL) | Mohamad Morotany | Unidentified | | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|------|------|------|------|------|
| *Sliti v. Bush*, 05-CV-429 (RJL) | Hassan Al Gassary | Unidentified | | |
| *Kabir v. Bush*, 05-CV-431 (RJL) | Ayman Mohammed Ahmed Al Shurfa | 331 | Yes | Yes |
| *Kabir v. Bush*, 05-CV-431 (RJL) | Khalid Mahmoud Alasmar | 589 | No | |
| *Kabir v. Bush*, 05-CV-431 (RJL) | Usama Hasan Abu Kabir | 651 | Yes | Yes |
| *Kabir v. Bush*, 05-CV-431 (RJL) | Ahmad Hassan Jamil Suleiman | 662 | No | |
| *Kabir v. Bush*, 05-CV-431 (RJL) | Ibrahim Mahdi Ahmed Zaidan | 761 | Yes | Yes |
| *Qayed v. Bush*, 05-CV-454 (RMU) | Rashid Abdul Mosleh Qayed | 344 | Yes | Yes |
| *Al Shiry v. Bush*, 05-CV-490 (PLF) | Abdul-Salam Gaithan Mureef Al-Shihry | 132 | Yes | Yes |
| *Aziz v. Bush*, 05-CV-492 (JR) | Ahamed Abdul Aziz | 757 | Yes | Yes |
| *Al Oshan v. Bush*, 05-CV-520 (RMU) | Muhammed Fahad Al Qahtany | 013 | Yes | Yes |
| *Al Oshan v. Bush*, 05-CV-520 (RMU) | Abdul Rahman Shalby | 042 | Yes | Yes |
| *Al Oshan v. Bush*, 05-CV-520 (RMU) | Musa Al Madany | 058 | Yes | Yes |
| *Al Oshan v. Bush*, 05-CV-520 (RMU) | Abdullah Aali Al Otaibi | 243 | Yes | Yes |
| *Al Oshan v. Bush*, 05-CV-520 (RMU) | Saleh Abdulla Al-Oshan | 248 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Oshan v. Bush*, 05-CV-520 (RMU) | Zaben Dhaher Al Shammari | 647 | Yes | Yes |
| *Tumani v. Bush*, 05-CV-526 (RMU) | Abd Al Nisr Khan Tumani | 307 | No | |
| *Tumani v. Bush*, 05-CV-526 (RMU) | Muhammed Khan Tumani | 312 | Yes | Yes |
| *Al Oshan v. Bush*, 05-CV-533 (RJL) | Sulaiman Saad Mohaammed Al-Oshan | 121 | Yes | Yes |
| *Mammar v. Bush*, 05-CV-573 (RJL) | Ameur Mammar | 939 | Yes | Yes |
| *Al Sharekh v. Bush*, 05-CV-583 (RJL) | Abdulrazzaq Abdulla Al-Sharekh | 067 | No | |
| *Al Sharekh v. Bush*, 05-CV-583 (RJL) | Abdulhadi Abdulla Al-Sharekh | 231 | Yes | No |
| *Magram v. Bush*, 05-CV-584 (CKK) | Murtadha Ali Magram | 187 | Yes | Yes |
| *Al Daini v. Bush*, 05-CV-634 (RWR) | Omer Saeed Salem Al Daini | 549 | Yes | Yes |
| *Errachidi v. Bush*, 05-CV-640 (EGS) | Ahmed Errachidi | 590 | Yes | Yes |
| *Adem v. Bush*, 05-CV-723 (RWR) | Salim Muhood Adem | 710 | Yes | Yes |
| *Aboassy v. Bush*, 05-CV-748 (RMC) | Sameer Najy Hasan Mukbel | 043 | Yes | No |
| *Aboassy v. Bush*, 05-CV-748 (RMC) | Mohsen Abdrub Aboassy | 091 | No | |
| *Aboassy v. Bush*, 05-CV-748 (RMC) | Mohammed Saeed Bin Salman | 251 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Lahcen Ikasrien | 072 | No | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Imran v. Bush*, 05-CV-764 (CKK) | Najeeb Al Husseini | 075 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Tareq | 133 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Said | 150 | Yes | Yes |
| *Imran v. Bush*, 05-CV-764 (CKK) | Younis Shakur | 197 | Yes | Yes |
| *Imran v. Bush*, 05-CV-764 (CKK) | Abdul Latif Mohammed Nasser | 244 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Moussa | 270 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Mohammed Mazoz | 294 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Ridouane Shakur | 499 | No | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Mohammed Al Nadour | Unidentified | | |
| *Imran v. Bush*, 05-CV-764 (CKK) | Mohammed Fahreo | Unidentified | | |
| *Al Habashi v. Bush*, 05-CV-765 (EGS) | Benjamin Mohammed Al Habashi | 1458 | Yes | Yes |
| *Al Hamamy v. Bush*, 05-CV-766 (RJL) | Abdul Hadi Ibn El Hathily Al Hamamy | 717 | Yes | Yes* |
| *Hamoodah v. Bush*, 05-CV-795 (RJL) | Sofian Ebrahim Hamad Hamoodah | 557 | Yes | Yes |
| *Khiali-Gul v. Bush*, 05-CV-877 (JR) | Khiali-Gul | 928 | Yes | Yes |

* *Respondents have identified petitioner as having a previously-filed habeas corpus petition in another case listed on this chart. Communication with counsel, if any, would have occurred only in connection with the previously-filed case.*

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|------|-------------------|------------------|------------------|--------------------------------------------------------------|
| *Nasrat v. Bush*, 05-CV-880 (ESH) | Haji Nasrat | 1009 | Yes | Yes |
| *Muhibullah v. Bush*, 05-CV-884 (RMC) | Muhibullah | 974 | Yes | No |
| *Mohammad v. Bush*, 05-CV-885 (GK) | Alif Mohammad | 972 | Yes | No |
| *Wahab v. Bush*, 05-CV-886 (EGS) | Abdul Wahab | 961 | Yes | No |
| *Chaman v. Bush*, 05-CV-887 (RWR) | Chaman | 1021 | Yes | Yes |
| *Gul v. Bush*, 05-CV-888 (CKK) | Nazul Gul | 1037 | Yes | Yes |
| *Basardh v. Bush*, 05-CV-889 (ESH) | Yasin Muhammed Basardh | 252 | Yes | Yes |
| *Sohail v. Bush*, 05-CV-993 (RMU) | Mohammad Mustafa Sohail | 1008 | Yes | Yes |
| *Tohirjanovich v. Bush*, 05-CV-994 (JDB) | Kasimbekov Komoliddin Tohirjanovich | 675 | Yes | Yes |
| *Sarajuddin v. Bush*, 05-CV-1000 (PLF) | Abib Sarajuddin | 458 | Yes | Yes |
| *Mohammad v. Bush*, 05-CV-1002 (EGS) | Akhtar Mohammed | 845 | Yes | No |
| *Mangut v. Bush*, 05-CV-1008 (JDB) | Habibullah Mangut | 907 | Yes | Yes |
| *Hamad v. Bush*, 05-CV-1009 (JDB) | Adel Hassan Hamad | 940 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Khan v. Bush*, 05-CV-1010 (RJL) | Mohabat Khan | 909 | Yes | No |
| *Al Hela v. Bush*, 05-CV-1048 (RMU) | Abdulsalam Ali Abdulrahman Al-Hela | 1463 | Yes | Yes |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Wali Mohammed Morafa | 560 | Yes | Yes |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Haji Rohullah Wakil | 798 | No | |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Sabar Lal | 801 | Yes | Yes |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Izaatullah Nusrat | 977 | Yes | Yes |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Haji Nusrat | 1009 | Yes | Yes |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Abdul Razak Iktiar Mohammed | 1043 | Yes | Yes |
| *Mousouvi v. Bush*, 05-CV-1124 (RMC) | Ali Shah Mousovi | 1154 | No | |
| *Khalif v. Bush*, 05-CV-1189 (JR) | Omar Mohammed Khalifh | 695 | Yes | Yes |
| *Zalita v. Bush*, 05-CV-1220 (RMU) | Abu Abdul Rauf Zalita | 709 | Yes | Yes |
| *Ahmed v. Bush*, 05-CV-1234 (EGS) | Labed Ahmed | 703 | Yes | Yes |
| *Aminullah v. Bush*, 05-CV-1237 (ESH) | Aminullah | 848 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Ghalib v. Bush*, 05-CV-1238 (CKK) | Haji Ghalib | 987 | Yes | Yes |
| *Bukhari v. Bush*, 05-CV-1241 (RMC) | Abdul Hakim Abdul Karim Amin Bukhari | 493 | Yes | Yes |
| *Pirzai v. Bush*, 05-CV-1242 (RCL) | Ahsanullah Pirzai | 562 | Yes | No |
| *Peerzai v. Bush*, 05-CV-1243 (RCL) | Ihsan Ullah Peerzai | 562 | Yes | No |
| *Mohammadi v. Bush*, 05-CV-1246 (RWR) | Abdul Majid Mohammadi | 555 | Yes | Yes |
| *Al Ginco v. Bush*, 05-CV-1310 (RJL) | Abdulrahim Abdul Razak Al Ginco | 489 | Yes | Yes |
| *Ullah v. Bush*, 05-CV-1311 (RCL) | Ehsan Ullah | 562 | Yes | No |
| *Mohammed v. Bush*, 05-CV-1347 (GK) | Farhi Saeed bin Mohammed | 311 | Yes | No |
| *Saib v. Bush*, 05-CV-1353 (RMC) | Motai Saib | 288 | Yes | Yes |
| *Hatim v. Bush*, 05-CV-1429 (RMU) | Saeed Mohammed Saleh Hatim | 255 | Yes | Yes |
| *Hatim v. Bush*, 05-CV-1429 (RMU) | Mohammed Nasser Yahia Abdullah Khussrof | 509 | Yes | Yes |
| *Al Subaiy v. Bush*, 05-CV-1453 (RMU) | Nasser Mazyad Abdullah Al-Subaiy | 497 | Yes | Yes |
| *Dhiab v. Bush*, 05-CV-1457 (GK) | Jihad Dhiab | 722 | Yes | No |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|------|-------------------|------------------|------------------|--------------------------------------------------------------|
| *Sadkhan v. Bush*, 05-CV-1487 (RMC) | Jawad Jabber Sadkhan | 433 | Yes | Yes |
| *Faizullah v. Bush*, 05-CV-1489 (RMU) | Faizullah | 919 | Yes | Yes |
| *Faraj v. Bush*, 05-CV-1490 (PLF) | Abdul Hadi Omer Hamoud Faraj | 329 | Yes | Yes |
| *Khan v. Bush*, 05-CV-1491 (JR) | Sawat Khan | 933 | Yes | Yes |
| *Ahmad v. Bush*, 05-CV-1492 (RCL) | Abdul Ahmad | 956 | Yes | No |
| *Al Wirghi v. Bush*, 05-CV-1497 (RCL) | Adil Bin Muhammad Al Wirghi | 502 | Yes | No |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Abdusabur Doe | 275 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Abdunasir Doe | 278 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Khalid Doe | 280 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Saabir Doe | 282 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Jalaal Doe | 285 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Abdusamad Doe | 295 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Hudhaifa Doe | 320 | Yes | Yes |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Hammad Doe | 328 | No | |
| *Kiyemba v. Bush*, 05-CV-1509 (RMU) | Saddiq Doe | 491 | No | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Idris v. Bush*, 05-CV-1555 (JR) | Ibrahim Osman Ibrahim Idris | 036 | Yes | Yes |
| *Attash v. Bush*, 05-CV-1592 (RCL) | Hassan Bin Attash | 1456 | Yes | Yes |
| *Mamet v. Bush*, 05-CV-1602 (ESH) | Edham Mamet | 102 | Yes | Yes |
| *Rabbani v. Bush*, 05-CV-1607 (RMU) | Abdul Raheem Ghulam Rabbani | 1460 | Yes | Yes |
| *Rabbani v. Bush*, 05-CV-1607 (RMU) | Ahmmed Ghulam Rabbani | 1461 | Yes | Yes |
| *Zahir v. Bush*, 05-CV-1623 (RWR) | Abdul Zahir | 753 | Yes | Yes |
| *Ghanem v. Bush*, 05-CV-1638 (CKK) | Mohammed Rajeb Abu Ghanem | 044 | Yes | Yes |
| *Al Badah v. Bush*, 05-CV-1641 (CKK) | Abdulaziz Abdulrahman Al-Badah | 264 | Yes | Yes |
| *Al Badah v. Bush*, 05-CV-1641 (CKK) | Ibrahim Mohammed Al-Naser | 271 | No | |
| *Al Badah v. Bush*, 05-CV-1641 (CKK) | Abdulaziz Mohammed Al-Naser | 273 | Yes | Yes |
| *Almerfedi v. Bush*, 05-CV-1645 (PLF) | Hussain Salem Mohammed Almerfedi | 1015 | Yes | Yes |
| *Zaid v. Bush*, 05-CV-1646 (JDB) | Waleed Saeed Bn Saeed Zaid | 550 | Yes | Yes |
| *Al Bahooth v. Bush*, 05-CV-1666 (ESH) | Ziyad bin Salih bin Muhammad Al-Bahooth | 272 | Yes | Yes |
| *Ali Ahmed v. Bush*, 05-CV-1678 (GK) | Alla Ali Bin Ali Ahmed | 692 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|------|-------------------|------------------|------------------|---------------------------------------------------------------|
| *Kabir (Sadar Doe) v. Bush*, 05-CV-1704 (JR) | Arkeen Doe | 103 | Yes | Yes |
| *Kabir (Sadar Doe) v. Bush*, 05-CV-1704 (JR) | Sadar Doe | 277 | No | |
| *Al Rubaish v. Bush*, 05-CV-1714 (RWR) | Yousif Abdullah Al-Rubaish | 109 | Yes | Yes |
| *Sameur v. Bush*, 05-CV-1806 (CKK) | Abdannour Sameur | 659 | Yes | Yes |
| *Al Qahtani v. Bush*, 05-CV-1971 (RMC) | Mohammed al-Qahtani | 063 | Yes | Yes |
| *Alkhemisi v. Bush*, 05-CV-1983 (RMU) | Ismail Alkhemisi | 708 | Yes | Yes |
| *Alkhemisi v. Bush*, 05-CV-1983 (RMU) | Hasan Balgaid | Unidentified | | |
| *Gamil v. Bush*, 05-CV-2010 (JR) | Ravil Mingaza Gamil | 702 | Yes | No |
| *Al-Shabany v. Bush*, 05-CV-2029 (JDB) | Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany | 332 | Yes | Yes |
| *Othman v. Bush*, 05-CV-2088 (RWR) | Khaled Abd Elgabar Mohammed Othman | 163 | Yes | Yes |
| *Al Mudafari v. Bush*, 05-CV-2185 (JR) | Abdu Al-Qader Hussain Al-Mudafari | 040 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Mithali v. Bush*, 05-CV-2186 (ESH) | Hayal Aziz Ahmed Al-Mithali | 840 | Yes | Yes |
| *Alhag v. Bush*, 05-CV-2199 (HHK) | Abd Al Hakim Ghalib Ahmad Alhag | 686 | Yes | No |
| *Nakheelan v. Bush*, 05-CV-2201 (ESH) | Naif Abdulla Al Nakheelan | 258 | Yes | No |
| *Al Subaie v. Bush*, 05-CV-2216 (RCL) | Alghamdi Abdulrahman Othman A | 095 | No | |
| *Al Subaie v. Bush*, 05-CV-2216 (RCL) | Bijad Defalla Oteibi | 122 | Yes | No |
| *Al Subaie v. Bush*, 05-CV-2216 (RCL) | Mohammed Bin Jaied Bin Aladi Al Mohammed Al Subaie | 319 | No | |
| *Ghazy v. Bush*, 05-CV-2223 (RJL) | Fahd Abdullah Ahmed Ghazy | 026 | Yes | No |
| *Ghazy v. Bush*, 05-CV-2223 (RJL) | Moath Hamza Ahmed Al Alwi | 028 | Yes | No |
| *Ghazy v. Bush*, 05-CV-2223 (RJL) | Abdallah Yahya Youssef Allshshaballi | 240 | Yes | No |
| *Ghazy v. Bush*, 05-CV-2223 (RJL) | Mohammed Ali Hussain Khanina | 254 | Yes | No |
| *Ghazy v. Bush*, 05-CV-2223 (RJL) | Zaher Omer Bin Hamdoon | 576 | Yes | Yes* |

*\* Respondents have identified petitioner as having a previously-filed habeas corpus petition in another case listed on this chart. Communication with counsel, if any, would have occurred only in connection with the previously-filed case.*

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Ghazy v. Bush*, 05-CV-2223 (RJL) | Fadi Ahmad Alimaqaleh | Unidentified | | |
| *Al Shimrani v. Bush*, 05-CV-2249 (RMC) | Mohammed Abudul Rahman Al-Shimrani | 195 | Yes | Yes |
| *Al Sharbi v. Bush*, 05-CV-2348 (EGS) | Ghassan Abdullah Al Sharbi | 682 | Yes | Yes |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Ghulam Roohani | 003 | Yes | Yes |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Abdul Haq | 004 | No | |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Mohammad Wabi Umari | 832 | No | |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Abdullah Wazir Zadran | 976 | No | |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Dr. Hiyatullah | 1001 | No | |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Chaman Gul Khialigol | 1021 | Yes | Yes |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Tooran Mohammad Amannullah | 1074 | No | |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Abdullah Mujahid Haq | 1100 | Yes | Yes |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Mohammad Zahir | 1103 | Yes | Yes |
| *Zadran v. Bush*, 05-CV-2367 (RWR) | Mohammad Rahim | 1104 | Yes | Yes |
| *Alsaaei v. Bush*, 05-CV-2369 (RWR) | Abdullah Ali Saleh Gerab Alsaaei | 340 | Yes | Yes |
| *Razakah v. Bush*, 05-CV-2370 (EGS) | Ahmad Doe | 201 | Yes | Yes |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Razakah v. Bush*, 05-CV-2370 (EGS) | Abdur Razakah | 209 | Yes | Yes |
| *Al Darby v. Bush*, 05-CV-2371 (RCL) | Ahmad Mohammed Al Darbi | 768 | Yes | Yes |
| *Al-Ghizzawi v. Bush*, 05-CV-2378 (JDB) | Abdul Hamid Abdul Salam Al-Ghizzawi | 654 | Yes | No |
| *Awad v. Bush*, 05-CV-2379 (JR) | Adham Mohammed Ali Awad | 088 | Yes | Yes |
| *Al Baidany v. Bush*, 05-CV-2380 (CKK) | Zakaria Al-Baidany | 1017 | Yes | No |
| *Al Rammi v. Bush*, 05-CV-2381 (JDB) | Ismail Ali Al Rammi | Unidentified | | |
| *Said v. Bush*, 05-CV-2384 (RWR) | Salim Said | 126 | Yes | Yes |
| *Said v. Bush*, 05-CV-2384 (RWR) | Bandar Al Jaabir | 182 | Yes | Yes |
| *Said v. Bush*, 05-CV-2384 (RWR) | Saad Al Qahtaani | 200 | Yes | Yes |
| *Said v. Bush*, 05-CV-2384 (RWR) | Anwar Handan Al Shimmiri | 226 | Yes | Yes |
| *Said v. Bush*, 05-CV-2384 (RWR) | Mohammed Zahrani | 713 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abul Aziz Al Matrafi | 005 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Mohamed Rajab | 044 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Saif | 046 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Majed Baryan | 051 | Yes | No |

*\* Respondents have identified petitioner as having a previously-filed habeas corpus petition in another case listed on this chart. Communication with counsel, if any, would have occurred only in connection with the previously-filed case.*

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Saud Al Jouhany | 062 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Waqas Mohammed Ali Awad | 088 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abd Al Rahman Abdullah Al Halmandy | 118 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Hisham | 174 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Moussa | 196 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Sultan Al Shareef | 215 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abu Rawdah | 326 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Inshanullah | 367 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Adel | 502 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Sabry Mohammed | 570 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Dr. Ayman | 627 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Fawaz | 678 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdu Tawab | 704 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Muhammad Nur Uthman Muhammad | 707 | No | |

*Respondents have identified petitioner as having a previously-filed habeas corpus petition in another case listed on this chart. Communication with counsel, if any, would have occurred only in connection with the previously-filed case.*

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdul Al Hamman | 717 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdulla | 721 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Muhammed Saad Iqbal Madni | 743 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Said Madany | 743 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Shamsullah | 783 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Rafiove bin Bashir | 892 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Saki Bacha | 900 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Zakaria | 1017 | Yes | No |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Mohammed Kameen | 1045 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdo Ali Al Haj | 1457 | No | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdulrahman | 1463 | Yes | Yes* |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Ibrahim Nayif Abdallah Ibrahim | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abu Baker Shammrany | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Saleh Libi | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Salah Deen Ibn Shaikh | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Salih | Unidentified | | |

*\* Respondents have identified petitioner as having a previously-filed habeas corpus petition in another case listed on this chart. Communication with counsel, if any, would have occurred only in connection with the previously-filed case.*

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|------|-------------------|------------------|------------------|--------------------------------------------------------------|
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Riad Nargeri | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Ridah | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdullah | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Sanjawez Raweel Kameel Weej | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdal Rauf Zalitini | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Ahamed | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdullah ali Saleh | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Othman Ali Muhammed Omar | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Amar Biloushi | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Mohammed Chinguity | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdulrahman | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Ali Kadami | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Khalid Deshire | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abou Yassir Jezairi | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdaul Razak Ali-Haj | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Adnan | Unidentified | | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdullah Jaffa | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abu Hadifa | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Mohammed Abdullah | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Mohamed Fahad Saad Al Zu'bi | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdul Aziz | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdul Latif | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Abdulla Haji | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Bital Adel Halami | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Houmad Warzly | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Saleh | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Khalid Mohammed | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Mahdi Salih | Unidentified | | |
| *Al Halmandy v. Bush*, 05-CV-2385 (RMU) | Masoud | Unidentified | | |
| *Thabid v. Bush*, 05-CV-2398 (ESH) | Ali | 250 | Yes | No |
| *Thabid v. Bush*, 05-CV-2398 (ESH) | Thabid | 289 | No | |

| Case | Petitioner's Name | Petitioner's ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 |
|------|-------------------|------------------|------------------|--------------------------------------------------------------|
| *Rimi v. Bush*, 05-CV-2427 (RJL) | Mohammad Rimi | 194 | Yes | No |
| *Al Salami v. Bush*, 05-CV-2452 (PLF) | Abdullah Al Sali Al Asoriya | 340 | Yes | Yes |
| *Al Salami v. Bush*, 05-CV-2452 (PLF) | Saleh Ali Abdullah Al Salami | 693 | No | |
| *Al Shareef v. Bush*, 05-CV-2458 (RWR) | Fahd Umar Abdulmajid Al Shareef | 215 | No | |
| *Al Shareef v. Bush*, 05-CV-2458 (RWR) | Hani Saeed Mohammed Banan Al-Kalf Al-Gamdi | 438 | Yes | Yes |
| *Khan v. Bush*, 05-CV-2466 (RCL) | Anwar Khan | 948 | Yes | No |
| *Hussein v. Bush*, 05-CV-2467 (PLF) | Mubark Hussein | 151 | Yes | No |
| *Al Delebany v. Bush*, 05-CV-2477 (RMU) | Ahmed Al-Delebany | 553 | Yes | Yes* |
| *Al Harbi v. Bush*, 05-CV-2479 (HHK) | Ghanim-Abdulrahman al-Harbi | 516 | Yes | No |
| *Al Harbi v. Bush*, 05-CV-2479 (HHK) | Ravil Mingazov | 702 | Yes | No |
| *Al Harbi v. Bush*, 05-CV-2479 (HHK) | Zainulabidin Merozhev | 1095 | Yes | No |
| *Feghoul v. Bush*, 06-CV-618 (RWR) | Abdulli Feghoul | 292 | Yes | No |
| *Rumi v. Bush*, 06-CV-619 (RJL) | Abbas Abid Rumi | 758 | Yes | No |

*\* Respondents have identified petitioner as having a previously-filed habeas corpus petition in another case listed on this chart. Communication with counsel, if any, would have occurred only in connection with the previously-filed case.*