## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA,<br>　　　*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>　　　*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-cv-1220 (RMU)

**NOTICE OF APPEARANCE
OF CO-COUNSEL**

PLEASE TAKE NOTICE that the undersigned counsel, Charles M. Travis, hereby withdraws as counsel for Petitioner in this matter. Petitioner will continue to be represented by co-counsel Gitanjali S. Gutierrez, Esq., of the Center for Constitutional Rights.

Dated: August 30, 2006

By: _____
　　　Charles M. Travis, Ret.
　　　726 Hackberry Court
　　　Bartlett, IL 60103-2120
　　　(630) 483-8699
　　　Fax: (630) 855-6093
　　　Email: judgetravis@earthlink.net