IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al*  )<br>)<br>)<br>*Petitioner,*  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, et al.,  )<br>)<br>*Respondents*  )<br>) | No. 1:05CV1220 (RMU)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner ABU ABDUL RAUF ZALITA, *et al* in this matter. Service upon counsel may be made to:

> Jeffrey J. Davis
> Moore & Van Allen PLLC
> 100 North Tryon Street, Suite 4700
> Charlotte, North Carolina  28202-4003
> (704) 331-1037

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: September 5, 2006

> Respectfully submitted,
>
> Counsel for Petitioner:
>
>
> ___/s/ Jeffrey J. Davis_____
> **Jeffrey J. Davis**
> **Moore & Van Allen PLLC**
> **100 North Tryon Street, Suite 4700**
> **Charlotte, North Carolina  28202-4003**
> **(704) 331-1037**

CHAR2\926607v1