IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL RAUF ZALITA,<br>*Petitioner,*<br><br>v.<br><br><br>GEORGE W. BUSH, et al.,<br>*Respondents.* | Civil Action No. 05-cv-1220 (RMU)<br><br>NOTICE OF APPEARANCE<br>OF CO-COUNSEL |

PLEASE TAKE NOTICE that the undersigned counsel, James R. Alsup, hereby withdraws as counsel for Petitioner in this matter. Petitioner will continue to be represented by co-counsel Gitanjali S. Gutierrez, Esq., of the Center for Constitutional Rights.

Dated:   September 5, 2006

By: _____
James R. Alsup
1777 K. St. NW, Suite 600
Washington, DC  20036
(202-494-9452
Email: alsuplaw@mac.com
D.C. Bar No. 491444