IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, et al. ) | |
| ) | |
| Petitioners/Plaintiffs ) | |
| ) | |
| vs.  ) | 1:05-CV-1220 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | **NOTICE OF** |
| President of the United States, ) | **APPEARANCE** |
| et. al. ) | |
| ) | |
| Respondents ) | |

    PLEASE TAKE NOTICE that the undersigned counsel will represent Petitioners in this action, and without compensation pursuant to L. Civ. R. 83.2(g).

October 24, 2006.

*(signature)*
George Daly
139 Altondale Avenue
Charlotte NC 28207
704-333-5196
gdaly1@bellsouth.net
NC Bar No. 1071

Attorney for Petitioner