IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA )<br>)<br>Petitioner )<br>)<br>vs. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>et. al. )<br>)<br>Respondents ) | 1:05-CV-1220 (RMU) |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. 421; 18 U.S.C. 641; 50 U.S.C. 783; 28 C.F.R. 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and the future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration of the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abu Abdul Rauf Zalita, Petitioner vs. George W. Bush, et al., Respondents, Civil action No. 05-CV-1220 (RMU).

(2) I agree that this Memorandum of Understanding and any other non disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abu Abdul Rauf Zalita, Petitioner vs. George W. Bush, et al., Respondents, Civil action No. 05-CV-1220 (RMU) and I agree to comply with the provisions thereof.

Respectfully submitted, October 25, 2006.

George Daly
139 Altondale Avenue
Charlotte NC 28207
Tel 704-333-5196
gdaly1@bellsouth.net
NC Bar No. 1071

Counsel for Petitioner