IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1220 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**RESPONDENTS' WITHDRAWAL OF REQUEST FOR
PROTECTED INFORMATION STATUS OF RESPONDENTS'
NOTICE PURSUANT TO THE COURT'S JULY 25, 2005 ORDER**

Respondents hereby withdraw their request to have the Notice Pursuant To The Court's July 25, 2005 Order (filed under seal on Dec. 8, 2006) treated as "Protected Information" pursuant to the protective orders entered in this case.

Dated: January 29, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
EDWARD H. WHITE
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON

NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 616-5084
Fax: (202) 616-8460
E-mail: andrew.warden@usdoj.gov

Attorneys for Respondents