IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RA'OUF AMMAR MOHAMMAD ABU AL QASSIM,<br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-cv-1220 (RMU)<br><br>NOTICE OF NAME CORRECTION |

PLEASE TAKE NOTICE that the correct name of Petitioner "Abu Abdul Rauf Zalita," ISN #709, is "Abdul Ra'ouf Ammar Mohammad Abu Al Qassim" and that the case-caption should be modified accordingly.

Dated:  Feb. 8, 2007

                                                              Respectfully submitted,

                                                              /s/_____
                                                              Gitanjali S. Gutierrez
                                                              666 Broadway, 7th Floor
                                                              New York, NY 10012
                                                              Tel: (212) 614-6485
                                                              Fax: (212) 614-6499

                                                              *Counsel for Petitioner*