IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| ADU ABDUL RAUF ZALITA, *et al.* )<br>    **Petitioner,** )<br>)<br>) | Civil Action No. 05-cv-1220 (RMU) |
| v. )<br>) | |
| GEORGE W. BUSH, )<br>   President of the United States, *et al.* )<br>) | |
|     **Respondents.** )<br>    ) | |

### MOTION FOR CLASSIFIED STATUS CONFERENCE

Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Petitioner"), by his undersigned counsel, moves for this Court to issue an order scheduling a classified status conference before 2:00 pm on Friday, February 16, 2007, to discuss the Court's anticipated timing for deciding Petitioner's pending motion and the timing of Petitioner's future filings concerning Respondents' intention to transfer him to the custody of Libya. Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner conferred with Respondents' counsel regarding the relief sought in this motion. Respondents do not oppose the motion.

As this Court is aware, no order is currently in place with respect to Petitioner's transfer. Accordingly, Petitioner seeks this classified status conference to determine whether he will need to file an emergency temporary restraining order at the end of this week.

Date:   February 13, 2007

Respectfully submitted,

/s/_____
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

George Daly
139 Altondale Avenue
Charlotte, North Carolina 28207
Tel: (704) 333-5196

Jeffrey J. Davis
MOORE & VAN ALLEN PLLC
100 N. Tryon Street, Floor 47
Charlotte, North Carolina  28202
Tel: (704) 331-1037
Fax: (704) 378-2037