IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.* ) | |
|     Petitioner, ) | |
| ) | |
| ) | Civil Action No. 05-cv-1220 (RMU) |
| v. ) | |
| ) | |
| GEORGE W. BUSH, ) | |
|     President of the United States, *et al.* ) | |
| ) | |
|     Respondents. ) | |
| ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF
PETITIONER'S MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE
COUNSEL FOR PETITIONER AND THE COURT SIXTY DAYS' ADVANCE NOTICE
BEFORE RENDITION OF PETITIONER FROM GUANTANAMO TO LIBYA**

    On January 19, 2007, Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Petitioner"), by and through his undersigned counsel, filed a Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court Sixty Days' Advance Notice Before Rendition of Petitioner from Guantánamo to Libya (dkt. no. 36). Petitioner now respectfully places before the Court three rulings made today by this Court in <u>Al-Zarnouqi v. Bush</u>, No. 06-1767 (minute order), <u>Matin v. Bush</u>, No. 06-1679 (dkt. no. 12) (attached as Exhibit A), and <u>Naseer v. Bush</u>, No. 06-1689 (dkt. no. 8) (attached as Exhibit B), which are applicable to the Respondents' jurisdictional objections in this matter. The rulings in <u>Al-Zarnouqi</u>, <u>Matin</u>, and <u>Naseer</u> enter the Amended Protective Order and/or order Respondents to file factual returns over Respondents' objections that this Court lacked jurisdiction over those cases. For this reason and the reasons set forth more fully in his motion and reply, Petitioner respectfully requests that the Court order Respondents to provide the Court and Petitioner's

- 2 -

counsel with advance notice of no less than sixty (60) days' from the date of the Order of any transfer of him to the custody of the Libyan government, or alternatively, issue a temporary restraining order preventing Petitioner's transfer to the custody of the Libyan government.

Dated:    New York, New York
          February 14, 2007

                                                Respectfully submitted,

                                                Counsel for Petitioner:

/s/_____
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6485
Fax:  (212) 614-6499