# Exhibit B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NASEER,                                    :
                                           :
            Petitioner,            :       Civil Action No.:    06-1689 (RMU)
                                           :
    v.                                   :       Document No.:        6
                                           :
GEORGE W. BUSH,                            :
President of the United States *et al.*,   :
                                           :
            Respondents.           :

---

### ORDER

#### GRANTING THE PETITIONER'S MOTION FOR A PROTECTIVE ORDER

_____Upon consideration of the petitioner's motion for entry of a protective order, it is this

14th day of February 2007, hereby

     **ORDERED** that the petitioner's motion for a protective order is **GRANTED**; and it is

     **FURTHER ORDERED** that the Court ENTERS by way of reference the protective

orders previously entered in the other Guantanamo detainee habeas cases, i.e., (1) the

Amended Protective Order and Procedures for Counsel Access to Detainees at the United

States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F.

Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for

"Protected Information," first issued on November 10, 2004; (3) the Order Supplementing and

Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first

issued on December 13, 2004, all in In re Guantánamo Bay Detainee Cases by

then-Coordinating Judge Joyce Hens Green attached, and it is

**ORDERED** that Respondents shall file a factual return regarding the petitioner within thirty days of this order.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge