IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.* )<br>             Petitioner, )<br>)<br>) <br>v.                            )<br>)<br>GEORGE W. BUSH,         )<br>   President of the United States, *et al.* )<br>)<br>             Respondents. )<br>) | Civil Action No. 05-cv-1220 (RMU) |

**NOTICE OF FILING AND SUMMARY OF REPLY IN SUPPORT OF
PETITIONER'S MOTION FOR ORDER REQUIRING RESPONDENTS TO
PRVIDE COUNSEL FOR PETITION AND THE COURT SIXTY (60) DAYS'
ADVANCE NOTICE BEFORE RENDITION OF PETITIONER FROM
GUANTANAMO TO LIBYA**

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Petitioner"), hereby gives notice that on February 8, 2007 a copy of Petitioner's **Reply in Support of Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court Sixty (60) Days' Advance Notice Before Rendition of Petitioner from Guantanamo to Libya** was submitted under seal to the Court Security Officer for filing and classification review for public filing. In this motion, Petitioner seeks an order requiring Respondents to provide the Court and Petitioner Qassim's counsel with advance notice of no less than sixty (60) days' from the date of the Order of any transfer of Petitioner to the custody of the Libyan government, or alternatively, a temporary restraining order preventing Petitioner's transfer to the custody of the Libyan government.

The Reply will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated: New York, New York
February 14, 2007

Respectfully submitted,

Counsel for Petitioner:

/s/ _____
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6485
Fax: (212) 614-6499