IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU ABDUL RAUF ZALITA, *et al.*,

Petitioners,

v.

GEORGE W. BUSH,
President of the United States,
*et al.*,

Respondents.

Civil Action No. 05-CV-1220 (RMU)

**RESPONDENTS' NOTICE PURSUANT TO THE COURT'S FEBRUARY 15, 2007 MINUTE ORDER**

In accordance with the Court's February 15, 2007 Minute Order,[1] respondents hereby give notice that they intend to release petitioner Abu Abdul Rauf Zalita (ISN 709), a.k.a. Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, from the custody of the United States and repatriate him to Libya. Specifically, petitioner will be transferred to the control of his home government for continued detention, investigation, and/or prosecution as that country deems appropriate, consistent with the policies and practices pertaining to such transfers as outlined in the

[1] This filing is made without prejudice to the government's position that this Court lacks jurisdiction over this action under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, which, among other things, amends 28 U.S.C. § 2241 to create an exclusive review mechanism in the D.C. Circuit to address the validity of the detention of aliens held by the Department of Defense as enemy combatants at Guantanamo Bay, Cuba, and final decisions of any military commissions, id. § 1005(e)(1), (e)(2), (e)(3), or under the Military Commissions Act of 2006, Pub. L. No. 109-366 (2006), which, among other things, amends 28 U.S.C. § 2241 to eliminate district court jurisdiction to consider habeas petitions, as well as any other action "relating to any aspect of the detention, transfer, treatment, trial, or conditions of confinement," of aliens detained by the United States as enemy combatants, id. § 7. That position was upheld in Boumediene v. Bush, No. 05-5062 (D.C. Cir.) (Feb. 20, 2007), at 25 (dismissing Guantanamo Bay detainees' habeas corpus cases based on lack of jurisdiction); see also Floyd v. District of Columbia, 129 F.3d 152, 155 (D.C. Cir. 1997) (noting that "jurisdiction cannot be waived").

declarations of Ambassador Pierre-Richard Prosper and Deputy Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman, previously filed in this case.[2] See Respondents' Opposition To Petitioner's Motion For A Preliminary Injunction Preventing Petitioner's Repatriation From Guantanamo For An Additional Sixty (60) Days (dkt. no. 35).

Dated: February 20, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Rm. 7212
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents

[2] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and practices set forth in their prior declarations remain in effect and are applicable to the instant case, while certain numerical information regarding numbers of transfers in the declarations is subject to updating.