**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ABU ABDUL RAUF ZALITA**, *et al.* | ) | |
| **Petitioner,** | ) | |
| | ) | |
| | ) | **Civil Action No. 05-cv-1220 (RMU)** |
| **v.** | ) | |
| | ) | |
| **GEORGE W. BUSH,** | ) | |
| **President of the United States,** *et al.* | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**NOTICE OF FILING AND SUMMARY OF MOTION TO SEAL**

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Qassim"), hereby gives notice that on April 12, 2007 a copy of Petitioner's **Motion to Seal** was submitted under seal to the Court Security Officer for filing and classification review for public filing.  In this motion, Qassim seeks an order sealing the underlying motion pursuant to LCvR 5.1(j) because it contains information concerning the individuals whose personal safety is at risk.

The Motion will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

2

Dated: New York, New York
      April 12, 2007

                                        Respectfully submitted,

                                        Counsel for Petitioner:

                                        /s/_____
                                        Gitanjali S. Gutierrez
                                        CENTER FOR CONSTITUTIONAL
                                        RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel:  (212) 614-6485
                                        Fax:  (212) 614-6499