IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.* ) <br>         Petitioner, ) <br> ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br>     President of the United States, *et al.* ) <br> ) <br>         Respondents. ) <br> ) | Civil Action No. 05-cv-1220 (RMU) |

### NOTICE OF FILING AND SUMMARY OF MOTION FOR A TEMPORARY RESTRAINING ORDER TO PREVENT REPSONDENTS FROM REMOVING PETITIONER FROM GUANTANAMO UNTIL PETITIONER'S MOTION FOR A PRELIMINARY INJUNCTION IS DECIDED

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Qassim"), hereby gives notice that on April 12, 2007 a copy of Petitioner's **Motion for A Temporary Restraining Order to Prevent Respondents From Removing Petitioner From Guantánamo Until Petitioner's Motion for a Preliminary Injunction is Decided** was submitted under seal to the Court Security Officer for filing and classification review. In this motion, Qassim seeks a temporary restraining order preventing Respondents from transferring him to the custody of Libya because he is more likely than not to be tortured and has a well-founded fear of persecution by Libyan authorities.

Qassim has moved to seal the TRO and underlying motion for a preliminary injunction pursuant to LCvR 5.1(j) because it contains information concerning the

individuals whose personal safety is at risk.

Dated: New York, New York
April 12, 2007

                                Respectfully submitted,

                                Counsel for Petitioner:

                                /s/
                                Gitanjali S. Gutierrez
                                CENTER FOR CONSTITUTIONAL RIGHTS
                                666 Broadway, 7th Floor
                                New York, New York 10012
                                Tel:  (212) 614-6485
                                Fax:  (212) 614-6499