IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1220 (RMU) |
| GEORGE W. BUSH, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF FILING OF OPPOSITION TO PETITIONER'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PREVENTING PETITIONER'S REPATRIATION FROM GUANTANAMO**

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order dated July 25, 2005 (dkt. no. 3), respondents have filed with the Court Security Office a memorandum in opposition to petitioner's motions for temporary restraining order and preliminary injunction preventing petitioner's repatriation from Guantanamo. Petitioner's motions, including a motion to seal, were filed under seal with the Court on April 13, 2007. Respondents take no position as to whether petitioner's motions should be maintained under seal, except to the extent they contain classified or protected information under the applicable protective order. Respondents' memorandum in opposition to petitioners' motions is being filed through the Court Security Office and not on the public record pending resolution of petitioner's motion to seal. A copy of respondents' opposition has been served on petitioner's counsel.

Dated: April 16, 2007       Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents