IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| **ADU ABDUL RAUF ZALITA**, *et al.* ) | |
| Petitioner, ) | |
| ) | |
| ) | Civil Action No. 05-cv-1220 (RMU) |
| v. ) | |
| ) | |
| **GEORGE W. BUSH,** ) | |
| President of the United States, *et al.* ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MOTION FOR STATUS CONFERENCE

Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Qassim"), by his undersigned counsel, moves for this Court to issue a minute order scheduling a status conference for before 6:00 pm on Friday, February 20, 2007, to discuss the Court's anticipated timing for deciding Qassim's pending motions; to address the need for additional submissions, if any, concerning the Court's jurisdiction over this matter, and to narrow the issues of disagreement between the parties. Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner conferred with Respondents' counsel regarding the relief sought in this motion. Respondents oppose the motion.

Date:   April 18, 2007

Respectfully submitted,

/s/ _____
Gitanjali S. Gutierrez
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

George Daly
139 Altondale Avenue
Charlotte, North Carolina 28207
Tel: (704) 333-5196

Jeffrey J. Davis
400 North Church Street #222
Charlotte, North Carolina 28202
Tel: (704) 661-5244