IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                 :
ABU ABDUL RAUF ZALITA,                                           :
                                                                 :
                        Petitioner,                              :
                                                                 :
            v.                                                   :   Civil Action No. 05 CV 1220 (RMU)
                                                                 :
GEORGE W. BUSH, *et al.*,                                        :
                                                                 :
                        Respondents.                             :
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of Petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing Petitioner without compensation.

Dated:   New York, New York
         April 18, 2007

                                    Respectfully submitted,

                                    Counsel for Petitioner:

                                    /s/ J. Wells Dixon
                                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel: (212) 614-6464
                                    Fax: (212) 614-6499