IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABU ABDUL RAUF ZALITA,** *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | **Civil Action No. 05-cv-1220 (RMU)** |
| ) | |
| **GEORGE W. BUSH,** ) | |
| President of the United States, *et al* ) | |
| ) | |
| Respondents. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Petitioners in the above-captioned case.

                                                    /s/
                                    Shayana Kadidal (D.C. Bar No. 454248)
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, NY  10012-2317
                                    Ph: (212) 614-6438
                                    Fax: (212) 614-6499

**Certificate of Service**

      I, Shayana Kadidal, certify that on April 18, 2007, I caused the foregoing Notice of Appearance to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: April 18, 2007

                                                  /s/
                                 Shayana Kadidal [D.C. Bar No. 454248]
                                 CENTER FOR CONSTITUTIONAL RIGHTS
                                 666 Broadway, 7th Floor
                                 New York, NY  10012-2317
                                 Ph: (212) 614-6438
                                 Fax: (212) 614-6499