Cleared for Public Filing
By CSO
April 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA *et al.*, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH *et al.*, ) <br> ) <br> Respondents. ) | No. 1:05 CV 1220 (RMU) |

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Omar Mohammed Abu Al Qassim ("Qassim"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated April 19, 2007, denying Qassim's Motion for a Preliminary Injunction preventing Respondent from transferring him to the custody of the Libyan government (dkt. no. 51).

Dated: April 20, 2007

Respectfully submitted,

/s/_____
Shayana Kadidal
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

George Daly
139 Altondale Avenue

Charlotte, North Carolina 28207
Tel: (704) 333-5196

Jeffrey J. Davis
400 North Church Street #222
Charlotte, North Carolina 28202
Tel: (704) 661-5244

*Counsel for Petitioner*