*Cleared for Public Filing by CSO*
*April 20, 2007*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, | |
| Petitioner, | |
| v. | Civil Action No. 05 CV 1220 (RMU) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents. | |

**[PROPOSED] ORDER ON PETITIONER'S
EMERGENCY MOTION FOR STAY OF TRANSFER PENDING APPEAL**

Petitioner's emergency motion for a stay of transfer pending appeal is hereby GRANTED. Respondents are enjoined from transferring Petitioner from the U.S. Naval Station at Guantánamo Bay, Cuba to the custody of the Libyan government pending his appeal from the Court's denial of his preliminary injunction motion.

SO ORDERED, this ____ day of April, 2007.

_____
Ricardo M. Urbina
United States District Judge