## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, et al.,<br><br>　　　　　Petitioners,<br>　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　Respondents. | No. 05-CV-1220 (RMU) |

### [Proposed] Order

It is hereby ordered that petitioner's Motion for a Stay Pending Appeal (dkt. no. 54) is DENIED.

　　　IT IS SO ORDERED.

Dated:　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO M. URBINA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE