IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, et al.,<br><br>        Petitioners,<br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents. | No. 05-CV-1220 (RMU) |

## RESPONDENTS' NOTICE OF CLARIFICATION

Respondents file this Notice of Clarification in response to the Court's Minute Order entered on April 20, 2007. As respondents represented during the teleconference with the Court's chambers on April 20, 2007, and as set forth in footnote 1 of respondents' opposition to petitioner's motion for a stay pending appeal (dkt. no. 56), respondents will not transfer petitioner before 5:00 p.m. on Monday, April 23, 2007, and therefore petitioner's alternative request for a stay until 5:00 p.m. on Monday, April 23, 2007 should be denied as moot. Respondents, however, oppose any Court-ordered stay in this case because the Court lacks jurisdiction over this matter and for the other reasons set forth in their opposition to petitioner's motion.

Dated: April 20, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Nicholas A. Oldham
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
[*Additional Counsel on Next Page*]

TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-2000
Fax:  (202) 616-8470

Attorneys for Respondents