# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5129**                                **September Term, 2006**

05cv01220

Filed On:

Abu Abdul Rauf Zalita,
      Appellant

v.

George W. Bush,
      Appellee

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
> FILED
> APR 2 5 2007
> CLERK

> FILED
> JUL 3 2007
> NANCY MAYER WHITTINGTON, CLERK
> U.S. DISTRICT COURT

**BEFORE:** Rogers, Brown, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for injunctive relief and the response thereto, it is

**ORDERED** that the motion be denied and the case be dismissed for lack of subject matter jurisdiction. See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007); Kiyemba v. Bush, Nos. 05-5487, et al., 2007 WL 964612 (D.C. Cir. Mar. 22, 2007).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

> MANDATE
> Pursuant to the provisions of Fed. R. App. Pro. 41(a);
> ISSUED: 6/27/07
> BY:
> ATTACHED: __ Amending Order
> __ Opinion
> __ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk