IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                              :
ABU ABDUL RAUF ZALITA,         :
                                              :
                   Petitioner,   :
                                              :
            v.                     :   Civil Action No. 05 CV 1220 (RMU)
                                              :
GEORGE W. BUSH, *et al.*,         :
                                              :
                 Respondents.   :
                                              :
———————————————————— x

## NOTICE OF FILING

    PLEASE TAKE NOTICE that the petitioner has submitted to the Court Security Office for service and filing in the above-captioned action a motion for reconsideration of the Court's September 20, 2007 order dismissing this case.

Dated: New York, New York
          September 25, 2007

                                          Respectfully submitted,

                                          Counsel for Petitioner:

                                          /s/ Gitanjali S. Gutierrez
                                          Shayana Kadidal (D.D.C. Bar No. 454248)
                                          Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                                          J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, New York 10012
                                          Tel:  (212) 614-6464
                                          Fax:  (212) 614-6499

                                          - and -

George Daly (Pursuant to LCvR 83.2(g))
139 Altondale Avenue
Charlotte, North Carolina 28207
Tel: (704) 333-5196
NC Bar No. 1071

- and -

Jeffrey J. Davis (Pursuant to LCvR 83.2(g))
400 N. Church Street #222
Charlotte, NC 28202
Tel: (704) 661-5244
Fax: (888) 350-0980
NC Bar No. 6582