# EXHIBIT B

**Wells Dixon**

**From:** Warden, Andrew (CIV) [Andrew.Warden@usdoj.gov]
**Sent:** Sunday, September 30, 2007 1:44 PM
**To:** Gitanjali Gutierrez; Henry, Terry (CIV)
**Cc:** Wells Dixon; kboris@rhwlawfirm.com; lruprecht@rhwlawfirm.com
**Subject:** RE: DOD announcement re: detainee transfer to Libya

Gita,

I am writing to inform you that the United States has relinquished custody of petitioner Hamoodah (ISN 557) and transferred him to the control of the Government of Libya. We will file a notice of transfer of transfer next week on the public docket in *Hamoodah v. Bush*, 06-CV-795 (JDB). I've cc'd Kevin Boris and Louis Ruprecht to this e-mail.

Best regards,

Andrew

---

**From:** Gitanjali Gutierrez [mailto:ggutierrez@ccr-ny.org]
**Sent:** Sunday, September 30, 2007 12:48 PM
**To:** Warden, Andrew (CIV); Henry, Terry (CIV)
**Cc:** Wells Dixon
**Subject:** DOD announcement re: detainee transfer to Libya

Dear Terry and Andrew,

We have just received a DOD press release announcing the transfer of a detainee to Libya. Please notify us immediately if this individual is one of CCR's clients.

You may reach me today on my cell phone, 607-227-4831.

Thank you,
Gita

10/1/2007