# EXHIBIT C

## Wells Dixon

**From:** Warden, Andrew (CIV) [Andrew.Warden@usdoj.gov]
**Sent:** Monday, September 24, 2007 6:26 PM
**To:** Gitanjali Gutierrez
**Cc:** Wells Dixon
**Subject:** RE: Zalita v. Bush, 05-1220 (RMU)

Gita:

We will oppose your motion for reconsideration. DoD will continue to keep Wells's visit on the calendar, as scheduled, but he will not be permitted to meet with Mr. Zalita until he satisfies the criteria listed in my e-mail on Friday. Thanks.

Andrew

---

**From:** Gitanjali Gutierrez [mailto:ggutierrez@ccr-ny.org]
**Sent:** Monday, September 24, 2007 1:19 PM
**To:** Warden, Andrew (CIV)
**Cc:** Wells Dixon
**Subject:** Zalita v. Bush, 05-1220 (RMU)

Dear Andrew,
Thank you for your email notice concerning Respondents' understanding of the impact of Judge Urbina's September 20th dismissal of the above-captioned habeas petition. As you know, the time for a motion for reconsideration has not expired and we intend to file one this week. Please note as well that on Friday, September 21, 2007, we filed a Petition for a Writ of Certiorari from the Court of Appeals' April 25, 2007 denial of an injunction and dismissal of petitioner's appeal. It is our position that the district court habeas protective order is applicable in full pending the motion for reconsideration and related appeals, including the Petition for Certiorari.
Notwithstanding our disagreement with Respondents' position on the vitality of the protective order, under these circumstances, we wanted to raise several issues with you because Wells has a scheduled visit with petitioner in this case on October 23rd. We intend in advance of that visit to file a DTA petition and sign the *Bismullah* protective order with Respondents' additional provisions (similar to the protective order we stipulated to in prior DTA cases), while reserving all objections to that protective order and all rights to seek a different order in petitioner's DTA case. In light of this, I ask that Respondents do nothing to alter Wells' current visit schedule with petitioner. Please confirm that Respondents will preserve the status quo of our scheduled visit, pending receipt of these DTA materials in the next couple of weeks.
Best regards,
Gita

Gitanjali S. Gutierrez | Attorney | Center for Constitutional Rights | 666 Broadway, 7th Floor | New York, NY 10012 | 212.614.6485 | 607-227-4831 (cell) | 212.614.6499 (fax) | ggutierrez@ccr-ny.org | www.ccr-ny.org
This message contains CONFIDENTIAL INFORMATION which may be legally privileged and which is intended only for the use of the address(es) named above. If you are not the intended recipient of this message, you are hereby notified that any dissemination or copying of this email is prohibited. If you have received this message in error, please notify us by telephone.

10/1/2007