IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.* )<br>     Petitioner, )<br>)<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br> President of the United States, *et al.* )<br>)<br>     Respondents. )<br>) | Civil Action No. 05-cv-1220 (RMU) |

## NOTICE OF FILING AND SUMMARY OF DECLARATION OF GITANJALI S. GUTIERREZ

As required by the Amended Protective Order in this matter, undersigned counsel for Petitioner Abu Abdul Rauf Zalita, a.k.a., Abdul Ra'ouf Ammar Mohammad Abu Al Qassim, ISN #709 ("Petitioner"), hereby gives notice that on October 2, 2007 a copy of Petitioner's **Declaration of Gitanjali S. Gutierrez** was submitted under seal to the Court Security Officer for filing and classification review for public filing. In this filing, Petitioner submits an additional declaration in further support of Petitioner's Motion for Reconsideration of September 20, 2007 Order Dismissing Case, filed on September 25, 2007 [dkt. no. 65] and his Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction, filed on October 1, 2007 [dkt. nos. 66 & 67].

The Declaration will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated: New York, New York
October 3, 2007

Respectfully submitted,

Counsel for Petitioner:

/s/
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6485
Fax: (212) 614-6499