# EXHIBIT B

# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 07-5129** | **September Term, 2007** |
| | 05cv01220 |
| | Filed On: October 11, 2007 |

[1072809]
Abu Abdul Rauf Zalita,
    Appellant

v.

George W. Bush,
    Appellee

    **BEFORE:**    Rogers, Brown and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the motion to recall the mandate and the response thereto, it is

**ORDERED** that the motion be granted and the mandate be recalled. See Kiyemba v. Bush, No. 05-5487 (D.C. Cir. Sept. 7, 2007) (order granting motion to recall the mandate). The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:

    Deputy Clerk/LD