EXHIBIT E

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5258

Ahmed Belbacha,
    Appellant

Salah Belbacha, as next Friend of Ahmed Belbacha,
    Appellee

v.

George W. Bush, et al.,
    Appellees

BEFORE:    Sentelle, Rogers, and Brown, Circuit Judges

## ORDER

Upon consideration of the emergency motion for a stay pending appeal, the opposition thereto, and the reply; and the motion for an expedited appeal schedule, it is

ORDERED that the administrative stay entered by this court on July 30, 2007, be dissolved. It is

FURTHER ORDERED that the motion for a stay pending appeal be denied. See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir.), cert. granted, 127 S. Ct. 3078 (2007); see also Maxwell v. Snow, 409 F.3d 354, 358 (D.C. Cir. 2005) ("[T]his court is bound to follow circuit precedent until it is overruled by an en banc court or the Supreme Court."). It is

FURTHER ORDERED that the appeal be heard on an expedited basis in accordance with 28 U.S.C. § 1657(a). The Clerk is directed to enter a standard briefing schedule.

Per Curiam