# EXHIBIT F

(ORDER LIST: 551 U.S.)

FRIDAY, AUGUST 10, 2007

ORDER IN PENDING CASE

07A98     BELBACHA, AHMED V. BUSH, PRESIDENT OF U.S., ET AL.

The application for injunction presented to The Chief Justice and by him referred to the Court is denied.