EXHIBIT G

FILED WITH THE
COURT SECURITY OI
CSO: E Hogarty
DATE: 4-22-07

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ABU ABDUL RAUF ZALITA,  ) <br> Petitioner-Plaintiff-Appellant,  ) <br>  ) <br> v.  ) <br>  ) <br> GEORGE W. BUSH, et al.,  ) <br> Respondents-Appellees.  ) <br>  ) | Case No. _____ |

**EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

This Court is being asked to act immediately, pursuant to its authority under Federal Rules of Appellate Procedure 8 and 27, 28 U.S.C. § 1292(a)(1), and 28 U.S.C. § 1651 (the All Writs Act), to prevent the torture and potential death of a Guantánamo detainee, Abdul Ra'ouf Omar Mohammed Abu Al Qassim, a.k.a., Abu Abdul Rauf Zalita. At present, Mr. Qassim is in the custody of the U.S. Department of Defense (DOD) at Guantánamo Bay Naval Station, Guantánamo Bay, Cuba. The United States has made clear its intention to transfer immediately Mr. Qassim to the custody of the Libyan government, where he faces a grave risk of arbitrary detention, torture, persecution and extrajudicial assassination at the hands of the dictatorship of Colonel Muammar Al-Qadhafi. Unless this Court temporarily enjoins Mr. Qassim's transfer, it will be deprived of judicial review of his appeal. Mr. Qassim's appeal raises the questions of: (1)