IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05cv1220 (RMU) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon Petitioners' Motion for Preliminary Injunction Against Transfer, it is hereby

ORDERED that the motion is denied.


Dated: _____    _____
                                  UNITED STATES DISTRICT JUDGE