# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5129**  **September Term, 2007**

05cv01220

Filed On:

Abu Abdul Rauf Zalita,
      Appellant

v.

George W. Bush,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 1 2007

CLERK

**BEFORE:** Rogers, Brown and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion to recall the mandate and the response thereto, it is

**ORDERED** that the motion be granted and the mandate be recalled. See Kiyemba v. Bush, No. 05-5487 (D.C. Cir. Sept. 7, 2007) (order granting motion to recall the mandate). The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Deputy Clerk/LD