IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>GEORGE W. BUSH *et al.*,<br><br>　　　　　Respondents. | No. 1:05 CV 1220 (RMU) |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Petitioner has on this date submitted to the Court Security Office for service and filing in this action a reply memorandum of law in support of his Motion for Preliminary Injunction against Transfer, filed October 26, 2007.

Dated:　　November 19, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Shayana Kadidal [D.C. Bar No. 454248]
　　　　　　　　　　　　　　　　　　　　CENTER FOR CONSTITUTIONAL RIGHTS
　　　　　　　　　　　　　　　　　　　　666 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10012
　　　　　　　　　　　　　　　　　　　　Tel: (212) 614-6438
　　　　　　　　　　　　　　　　　　　　Fax: (212) 614-6499

　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioner*