IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05cv1220 (RMU) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon Respondents' Unopposed Motion for Leave to File Surreply, it is hereby

ORDERED that the motion is granted.

Dated: _____    _____
                                   UNITED STATES DISTRICT JUDGE