EXHIBIT J

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5129**



Post-it® Fax Note    7671    Date 4/23    # of pages ► 1
From Mc Mair
To Mr. Loeb    Co.
Co./Dept.    Phone # 214-72 90
Phone #    Fax #
Fax # 514-8151

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
**FILED**

**APR 23 2007**

**CLERK**

Abu Abdul Rauf Zalita,
      Appellant

v.

George W. Bush,
      Appellee

**BEFORE:**    Rogers, Brown, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the emergency motion for injunctive relief, it is

**ORDERED** that appellee be enjoined from transferring appellant to the custody of the Libyan government pending further order of the court. The purpose of this administrative injunction is to give the court sufficient opportunity to consider the merits of the emergency motion for injunctive relief and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 32 (2007). It is

**FURTHER ORDERED**, on the court's own motion, that appellee hand-deliver and hand-file a response to the emergency motion for injunctive relief by 4:00 p.m. on Tuesday, April 24, 2007.

**Per Curiam**