IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――― x
                                           :
ABU ABDUL RAUF ZALITA,                     :
                                           :
                    Petitioner,            :
                                           :
         v.                                :   Civil Action No. 05 CV 1220 (RMU)
                                           :
GEORGE W. BUSH, *et al.*,                  :
                                           :
                    Respondents.           :
                                           :
―――――――――――――――――――――――― x

## NOTICE OF FILING

PLEASE TAKE NOTICE that the petitioner has submitted to the Court Security Office for service and filing in the above-captioned action a Motion for Inquiry Concerning Destruction of Evidence Related to CIA Detainee Interrogations.

Dated: New York, New York
       January 7, 2008

                                    Respectfully submitted,

                                    Counsel for Petitioner:

                                    /s/ J. Wells Dixon
                                    Shayana Kadidal (D.D.C. Bar No. 454248)
                                    Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel:  (212) 614-6423
                                    Fax:  (212) 614-6499

                                    - and -

George Daly (Pursuant to LCvR 83.2(g))
139 Altondale Avenue
Charlotte, North Carolina 28207
Tel: (704) 333-5196
NC Bar No. 1071

- and -

Jeffrey J. Davis (Pursuant to LCvR 83.2(g))
400 N. Church Street #222
Charlotte, NC 28202
Tel: (704) 661-5244
Fax: (888) 350-0980
NC Bar No. 6582