# EXHIBIT B

Case 1:05-cv-01220-UNA    Document 83-3    Filed 01/22/2008    Page 1 of 2



U.S. Department of Justice

National Security Division

---

*Assistant Attorney General*  　　　　　Washington, D.C. 20530

December 8, 2007

John A. Rizzo
Acting General Counsel
Central Intelligence Agency
Washington, DC 20505

Dear Mr. Rizzo:

    I am writing this letter to confirm our discussions over the past several days regarding the destruction of videotapes of interrogations conducted by the Central Intelligence Agency (CIA). Consistent with these discussions, the Department of Justice will conduct a preliminary inquiry into the facts to determine whether further investigation is warranted. I understand that you have undertaken to preserve any records or other documentation that would facilitate this inquiry. The Department will conduct this inquiry in conjunction with the CIA's Office of Inspector General (OIG).

    My colleagues and I would like to meet with your Office and OIG early next week regarding this inquiry. Based on our recent discussions, I understand that your Office has already reviewed the circumstances surrounding the destruction of the videotapes, as well as the existence of any pending relevant investigations or other preservation obligations at the time the destruction occurred. As a first step in our inquiry, I ask that you provide us the substance of that review at the meeting.

    Thank you for your cooperation with the Department in this matter. Please feel free to contact me if you have any questions.

                              Sincerely,

                              Kenneth L. Wainstein
                              Assistant Attorney General
                              National Security Division

cc:    John L. Helgerson
        Inspector General
        Central Intelligence Agency