# EXHIBIT F

Use your browser's back button to return to Senator Rockefeller's Webpage.

FOR IMMEDIATE RELEASE
December 7, 2007

# CHAIRMAN ROCKEFELLER SAYS INTEL COMMITTEE HAS BEGUN INVESTIGATION INTO CIA DETAINEE TAPES

## --Senator Expresses Concern that CIA Continues to Withhold Key Information --

"In the last 24 hours, we have taken a close look at any relevant correspondence related to the tapes. The news that the tapes were destroyed was extremely disturbing to me and the CIA's description of notifying Congress is inconsistent with our records. As we learn more, it is only raising new questions and concerns.

"I have been pushing for a full investigation of CIA detention and interrogation programs for years. Along with this ongoing oversight, the committee has now asked for a complete and accurate chronology of events related to the tapes, including how the tapes were used, when and why they were destroyed, who was notified of their destruction and when, and any communication about them that was provided to the courts and Congress.

"We do not know if there was intent to obstruct justice, an attempt to prevent congressional scrutiny, or whether they were simply destroyed out of concern they could be leaked – whatever the intent, we must get to the bottom of it. This is a very serious matter with very serious consequences.

"Based on a preliminary review, here's what we know.

"Last night, the CIA informed me that it believes that the leadership of the Senate Intelligence Committee was told of the decision to destroy the tapes in February 2003 but was not told of their actual destruction until a closed committee hearing held in November 2006.

"The committee has located no record of either being informed of the 2003 CIA decision or being notified late last year of the tapes having being destroyed. A review of the November 2006 hearing transcript finds no mention of tapes being destroyed.

"While the existence of the videotapes was known to me in 2003 in my capacity as then-Vice Chairman of the committee, I was not told of the CIA's decision to destroy the tapes and I was not aware of their destruction until yesterday's press reports.

"In May 2005, I wrote the CIA Inspector General requesting over a hundred documents referenced in or pertaining to his May 2004 report on the CIA's detention and interrogation activities. Included in my letter was a request for the CIA to provide to the Senate Intelligence

Committee the CIA's Office of General Counsel report on the examination of the videotapes and whether they were in compliance with the August 2002 Department of Justice legal opinion concerning interrogation. The CIA refused to provide this and the other detention and interrogation documents to the committee as requested, despite a second written request to CIA Director Goss in September 2005.

"It was during this 2005 period that I proposed without success, both in committee and on the Senate floor, that the committee undertake an investigation of the CIA's detention and interrogation activities. In fact, all members of the congressional intelligence committees were not fully briefed into the CIA interrogation program until the day the President publicly disclosed the program last September.

"Since that time, the committee has held numerous hearings on the program and just this week acted to prohibit the CIA from using enhanced interrogation techniques and requiring them to adhere to the Army Field Manual."

###