IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1220 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon petitioner's Motion for Hearing for Inquiry (dkt. no. 82), it is hereby

ORDERED that the motion is denied.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE