IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
———————————————————— x
ABU ABDUL RAUF ZALITA,          :
Petitioner,                     :
                                :
v.                              :     Civil Action No. 05 CV 1220 (RMU)
                                :
GEORGE W. BUSH, et al.,         :
Respondents.                    :
———————————————————— x
```

## NOTICE OF FILING

PLEASE TAKE NOTICE that the petitioner submitted on February 1, 2008 to the Court Security Office for service and filing in the above-captioned action a Reply in Support of Motion for Inquiry Concerning Destruction of Evidence Related to CIA Detainee Interrogations.

Dated: New York, New York
      February 5, 2008

Respectfully submitted,

Counsel for Petitioner:

/s/ Gitanjali Gutierrez_____
Shayana Kadidal (D.D.C. Bar No. 454248)
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6423
Fax: (212) 614-6499

- and -

George Daly (Pursuant to LCvR 83.2(g))
139 Altondale Avenue
Charlotte, North Carolina 28207

Tel: (704) 333-5196
NC Bar No. 1071

- and -

Jeffrey J. Davis (Pursuant to LCvR 83.2(g))
400 N. Church Street #222
Charlotte, NC 28202
Tel: (704) 661-5244
Fax: (888) 350-0980
NC Bar No. 6582