IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.* ) <br> ) <br> Petitioner, ) <br> ) <br> ) Civil Action No. 05-cv-01220 (RMU) <br> ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, *et al.* ) <br> ) <br> Respondents. ) <br> ) | |

NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    March 19, 2008

Respectfully submitted,

Counsel for Petitioners:

\_\_/s/_____
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499