IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | | |
|---|---|---|
| Begg v. Bush | ) | Civil Action No. 04-cv-01137 (RMC) |
| Qayed v. Bush | ) | Civil Action No. 05-cv-00454 (RMU) |
| Zalita v. Bush | ) | Civil Action No. 05-cv-01220 (RMU) |
| Al Halmandy v. Bush | ) | Civil Action No. 05-cv-02385 (RMU) |
| Mohammon v. Bush | ) | Civil Action No. 05-cv-02386 (RBW) |
| Elisher v. Bush | ) | Civil Action No. 06-cv-01759 (JDB) |
| Lal v. Bush | ) | Civil Action No. 06-cv-01763 (CKK) |

_____

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter a withdrawal of appearance in the above-captioned matters for Barbara J. Olshansky, who is no longer employed by the Center for Constitutional Rights. (Shayana Kadidal of the Center for Constitutional Rights, who has already entered appearances, will continue to represent the petitioners in the above-captioned matters.)

_____/s/_____
Barbara J. Olshansky
Leah Kaplan Distinguished Professor of Human Rights
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305
650-736-2312

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

**Certificate of Service**

     I, Barbara J. Olshansky, certify that on this date, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: July 10, 2008

                                                  /s/
                                   Barbara J. Olshansky
                                   Leah Kaplan Distinguished Professor of Human Rights
                                   Stanford Law School
                                   Crown Quadrangle
                                   559 Nathan Abbott Way
                                   Stanford, CA 94305
                                   650-736-2312