UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br>02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194,<br>04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035,<br>04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247,<br>05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359,<br>05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526,<br>05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763,<br>05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881,<br>05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993,<br>05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999,<br>05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220,<br>05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353,<br>05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487,<br>05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505,<br>05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590,<br>05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607,<br>05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645,<br>05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704,<br>05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010,<br>05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112,<br>05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200,<br>05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2371,<br>05-CV-2378, 05-CV-2379, 05-CV-2380, 05-CV-2381,<br>05-CV-2384, 05-CV-2385, 05-CV-2386, 05-CV-2387,<br>05-CV-2398, 05-CV-2444, 05-CV-2477, 05-CV-2479,<br>06-CV-0618, 06-CV-1668, 06-CV-1674, 06-CV-1684,<br>06-CV-1688, 06-CV-1690, 06-CV-1691, 06-CV-1758,<br>06-CV-1759, 06-CV-1761, 06-CV-1765, 06-CV-1766,<br>06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338,<br>08-CV-0987, 08-CV-1085, 08-CV-1101, 08-CV-1104<br>08-CV-1153, 08-CV-1185, 08-CV-1207 |

**ERRATA – CORRECTIONS TO EXHIBITS TO JOINT STATUS REPORT**

Petitioners and Respondents hereby submit a joint errata with respect to two exhibits filed in support of the parties' July 21, 2008 Joint Status Report (Dkt. 170).

First, respondents hereby submit a corrected version of Exhibit 6 as a substitution for Exhibit 6 that was included in respondents' exhibits to the Joint Status Report. The version of Exhibit 6 that was originally filed with the Joint Status Report inadvertently omitted petitioner Mohammed Abd Al Al Qadir (ISN 284), who is a petitioner in *Al-Qadir v. Bush*, 08-CV-1185 (HHK). A corrected version of Exhibit 6 that includes petitioner Al Qadir is attached hereto.

Second, petitioners hereby submit the following corrections, addressing one misstatement and one omission in Petitioners' Exhibit B to the Joint Status Report (a chart of petitioners' pending motions):

- In *Mohammon v. Bush*, No. 05-cv-2386 (RBW), petitioner Abd al Zaher, ISN 89, has a pending "Motion for Reconsideration of Motion to Order Access to Counsel" listed in the "notes" column as "Ripe for decision." Instead, the note should indicate "Motion is moot in light of government's concession of petitioner's identity."

- In *Al-Harbi v. Bush*, No. 05-cv-2479 (HHK), petitioners neglected to list a pending "Motion to Lift Stay and to Schedule an Immediate Status Conference," filed on behalf of petitioners Mingazov and Merozhev. *See* Dkt. 88 (notice filed July 16, 2008). This motion is fully briefed and amenable to resolution by Judge Hogan.

Undersigned counsel apologize for the errors.

Dated: July 23, 2008                                    Respectfully submitted,


  /s/ Shayana D. Kadidal                                GREGORY G. KATSAS
Shayana D. Kadidal (D.C. Bar No. 454248)                Assistant Attorney General
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor                                 JOHN C. O'QUINN
New York, New York 10012                                Deputy Assistant Attorney General
Tel:  (212) 614-6438
Fax:  (212) 614-6499                                      /s/ Andrew I. Warden
                                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
*On Behalf of Petitioners*                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                        JUDRY L. SUBAR
                                                        TERRY M. HENRY
                                                        ANDREW I. WARDEN (IN Bar No.

23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents