# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5129                                                   September Term 2007

05cv01220

Filed On: August 18, 2008

Abu Abdul Rauf Zalita,

    Appellant

    v.

George W. Bush,

    Appellee

**BEFORE:** Rogers, Brown, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motions to govern further proceedings, it is

**ORDERED** that in light of the Supreme Court's judgment, granting appellant's petition for writ of certiorari, vacating this court's judgment, and remanding the case, Zalita v. Bush, et al., No. 07-416 (U.S. July 25, 2008), the district court's order filed April 19, 2007, denying appellant's motion for a preliminary injunction, be vacated. It is

**FURTHER ORDERED** that the case be remanded to the district court.

_____The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk

A True copy:
United States Courts of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk