UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY**<br>**DETAINEE LITIGATION** | Misc. No 08-442 (TFH) |
| ZALITA v. BUSH<br>AL QAHTANI v. BUSH<br>OTHMAN v. BUSH<br>MAJID KHAN v. BUSH | 05-CV-1220 (RMU)<br>05-CV-1971 (RMC)<br>05-CV-2088 (RWR)<br>06-CV-1690 (RBW) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioners in the above-captioned matters have joined in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the miscellaneous docket on September 8, 2008.

Dated: August 9, 2008

Respectfully submitted,

　　　/s/ Shayana Kadidal　　　
Shayana Kadidal (D.C. Bar No. 454248)
Gitanjali S. Gutierrez
Pardiss Kebriaei
Emi MacLean
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6499