IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-MC-442 (TFH)<br><br>Civil Action No. 05-CV-1220 (RMU) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

        SEAN W. O'DONNELL
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Room 7338
        Washington, D.C. 20530
        Telephone: 202-305-4880
        Email: sean.o'donnell@usdoj.gov

Dated: September 12, 2008      Respectfully submitted,

                                      GREGORY G. KATSAS
                                      Assistant Attorney General

                                      JOHN C. O'QUINN
                                      Deputy Assistant Attorney General


                                        /s/ Sean W. O'Donnell
                                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                                      JUDRY L. SUBAR (D.C. Bar No. 347518)
                                      TERRY M. HENRY
                                      ANDREW I. WARDEN
                                      PAUL E. AHERN
                                      SEAN W. O'DONNELL
                                      Trial Attorneys
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-4880
Fax: (202) 616-8470

Attorneys for Respondents