IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZALITA,

    *Petitioner,*

    v.

OBAMA, *et al.,*

    *Respondents.*

Case No. 05-CV-1220 (RCL)

**FILED**

AUG 27 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[~~PROPOSED~~] ORDER

For good cause shown, it is hereby

**ORDERED** that the time for filing Petitioner's Reply in support of his sealed *Motion*, filed June 1, 2012 (Dkt. No. 273) be extended until and through September 10, 2012.

**SO ORDERED.**

Dated: 8/27/12

HON. ROYCE C. LAMBERTH
Chief Judge, U.S. District Court